UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JEANETTE R. BANTA, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:16-cv-436 |
| v. | ) |
| | ) Judge Christopher H. Steger |
| WAL-MART STORES, EAST, LP. | ) |
| | ) |
| *Defendant.* | ) |

## JUDGMENT ORDER

For the reason stated in the accompanying Memorandum Opinion, it is **ORDERED** that Defendant Wal-Mart Stores, East, LP's Motion for Summary Judgment [Doc. 23] is **GRANTED**. Judgment is hereby entered in favor of Defendant Wal-Mart Stores, East, LP on all claims and Plaintiff Jeanette R. Banta shall take nothing.

**IT IS SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE


ENTERED AS A JUDGMENT
/s/ John Medearis
CLERK OF COURT